# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| TERRY-LEE,<br><br>　　　　Plaintiff,<br>v.<br><br>NORTH VALLEY COUNTY WATER<br>& SEWER ASSOCIATION; et al,<br><br>　　　　Defendant. | CV-18-71-GF-BMM-JTJ<br><br>**ORDER ADOPTING MAGISTRATE<br>JUDGE'S FINDINGS AND<br>RECOMMENDATIONS** |

United States Magistrate Judge Johnston entered Findings and Recommendations on June 19, 2018, determining that Plaintiff Terry-Lee's original *pro se* Complaint as written was frivolous and sought monetary relief from parties who are immune from such relief. (Doc. 6 at 1-2). Judge Johnston determined Mr. Terry-Lee should be allowed twenty days to file an Amended Complaint. (Doc. 6 at 14).

No party filed objections to Judge Johnston's Findings and Recommendations. The Court has reviewed the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). The Court finds no error in Judge Johnston's Findings and Recommendations and adopts them in full.

1

# ORDER

Accordingly, **IT IS ORDERED** that Magistrate Judge Johnston's Findings and Recommendations (Doc. 6) are **ADOPTED IN FULL**.

DATED this 6th day of November, 2018.

Brian Morris
United States District Court Judge